IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Angelina Luna and Collin Walker,<br><br>      Plaintiff,<br><br>v.<br><br>I.Q. Data International, Inc. dba Rent Collect Global and Liberty Mutual Insurance Company<br><br>      Defendants | Civil Action No: 3:20-cv-1509<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

**NOTICE OF PENDING SETTLEMENT**

Plaintiffs, Angelina Luna and Collin Walker, by and through their undersigned counsel, hereby submit this Notice of Pending Settlement and states that Plaintiffs and Defendants, I.Q. Data International, Inc. dba Rent Collect Global and Liberty Mutual Insurance Company have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiffs respectfully request sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

Respectfully Submitted,

**SHAWN JAFFER LAW FIRM PLLC**

/s/ *Shawn Jaffer*_____
Shawn Jaffer
Texas Bar No.: 24107817
13601 Preston Rd E770
Dallas, Texas 75240
Phone: (214) 210-0730
Email: shawn@jaffer.law
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2020, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Texas and served via CM/ECF upon the following:

Lee H. Staley
Winget, Spadafora & Schwartzberg, LLP
Two Riverway, Suite 725
Houston, Texas 77056
713.343.9211 (direct)
713.343.9201 (fax)
Email: mike. staley.l@wssllp.com
*Attorneys for Defendant*

                                      /s/ *Shawn Jaffer*
                                      Shawn Jaffer