IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGELINA LUNA et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:20-CV-1509-D |
| IQ DATA INTERNATIONAL INC et al., | § § § | |
| Defendants. | § § | |

### ORDER

The parties have advised the court that they have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED**.

June 29, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE