IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Angelina Luna and Collin Walker,<br><br>    Plaintiff,<br><br>v.<br><br>I.Q. Data International, Inc. dba Rent Collect Global and Liberty Mutual Insurance Company<br><br>    Defendants | Civil Action No: 3:20-cv-1509 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT I.Q. DATA INTERNATIONAL, INC., AND LIBERTY MUTUAL INSURANCE COMPANY**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff hereby files this Notice of Voluntary Dismissal with Prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), all of Plaintiff's claims against Defendants I.Q. Data International, Inc. dba Rent Collect Global and Liberty Mutual Insurance Company are hereby dismissed with prejudice.

DATED: July 31, 2020                                Respectfully Submitted,

/s/ *Shawn Jaffer*
Shawn Jaffer, Esq.
Texas Bar No.: 24107817
13601 Preston Rd. Suite E770
Dallas, Texas 75240
Phone: 214-494-1668
Fax:    469-669-0786
Email: shawn@jaffer.law
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, I served in a manner approved the Fed. R. Civ. Proc. a copy of the Notice of Dismissal to all parties of record.

/s/ *Shawn Jaffer*
Shawn Jaffer, Esq.